UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNAMOTIVE, L.L.C. and
DYNAMOTIVE IP, LLC,  No. 07-14245

        Plaintiffs,  District Judge David M. Lawson

v.  Magistrate Judge R. Steven Whalen

ROBERT BOSCH CORPORATION and
ROBERT BOSCH, LLC,

        Defendants.
                                         /

**ORDER**

For the reasons and under the terms stated on the record on October 2, 2008, Plaintiff's Motion to Compel Discovery Responses [Docket #32] is GRANTED IN PART AND DENIED IN PART, as follows:

As to Interrogatory #1 of Plaintiff's First and Second Set of Interrogatories, the motion is GRANTED, as set forth on the record.

As to Interrogatories #2 and #3 of First and Second Set of Interrogatories and First Document Request #11, the motion is DENIED.

As to Interrogatory #6 of First Set of Interrogatories, the motion is GRANTED, as set forth on the record.

As to Interrogatory #7 of First Set of Interrogatories, the motion is GRANTED, as set forth on the record.

As to First Document Request #s 2,3,6,7,9 and 10, the motion is GRANTED, as set forth on the record.

As to Second Document Request #s 8 through 12, the motion is GRANTED, as set

forth on the record.

As to electronically stored information, Plaintiff's counsel shall meet and confer with Defendant's counsel in a good-faith effort to facilitate the efficient production of the documents. Where so indicated on the record, responses may be limited to the GMT 900 series.

All non-electronically stored information covered by this Order will be produced within 21 days of the date of this Order.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 2, 2008.

S/G. Wilson
Judicial Assistant