UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNAMOTIVE, L.L.C., et al.,

       Plaintiffs,                  Case No. 07-14245

v                                     District Judge David M. Lawson
                                     Magistrate Judge R. Steven Whalen

ROBERT BOSCH CORPORATION,
et al.,

       Defendants.,
_____/

## ORDER

The parties having resolved all disputed issues related to Defendant's Motion to Compel Non-Parties Milton Chace and Chace and Associates Engineering, Inc., to Produce Documents Responsive to Subpoenas [#51] and submitted a Joint Stipulation to dispose of Defendant's Motion:

IT IS HEREBY ORDERED that Defendant's Motion is dismissed as MOOT.

                                               S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 23, 2008.

S/Gina Wilson
Judicial Assistant